UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE RAY WOODS, | No. 2:14-cv-2103 CKD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).

Petitioner challenges his 2010 conviction in the San Joaquin County Superior Court for sexual offenses.  (ECF No. 1 at 2.)  He does not specify the grounds for relief and facts supporting each ground on the court's form.  Rather, he attaches numerous pages of argument concerning several purported claims, not all of which appear to have been exhausted in the state courts.

Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested.  Notice pleading is not sufficient; rather, the petition must state facts that point to a real possibility of

1

constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see <u>Blackledge v. Allison</u>, 431 U.S. 63, 75 n. 7 (1977).  Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal.  <u>Hendricks v. Vasquez</u>, 908 F.2d 490, 491 (9th Cir. 1990).

As the factual and legal bases of petitioner's claims are not clear, the court will dismiss the petition under Rule 2(c) with leave to amend.  In an amended petition, petitioner is advised to succinctly list the grounds for federal habeas relief, the facts supporting each ground, and the relief requested, on the form provided by the court.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[1]

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: October 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wood2103.114(2)

---

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.

2